IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

WILLIAM J. ZIELINSKI,

       Plaintiff,          Civil No. 10-449-CL

       v.

                              ORDER

DR. DEIHL, et al.,

       Defendants.

CLARKE, Magistrate Judge.

    By Order (#10) entered June 7, 2010, plaintiff's Application to proceed in forma pauperis (#1) was allowed. However, plaintiff paid the filing fee in this case. Therefore, the portion of the court's order directing the Oregon Central Trust Unit to withdraw funds from plaintiff's inmate trust account is hereby withdraw.

    The remainder of the court's order is hereby affirmed.

    IT IS SO ORDERED

    DATED this 16 day of June, 2010.

                              Mark D. Clarke
                              United States Magistrate Judge

1 - ORDER