FILED 10 NOV 16 15:31 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

WILLIAM J. ZIELINSKI,                                          Civil No. 10-449-CL

   Plaintiff,                                                              ORDER

   v.

DR. DEIHL; et al.,

   Defendants.

CLARKE, Magistrate Judge.

By Order of the Court entered June 7, 2010 (#10), Plaintiff's application to proceed *in forma pauperis* was allowed and the Oregon Department of Corrections was ordered to collect the filing fee from Plaintiff's trust account. By Order entered June 16, 2010 (#11), that portion of the Court's June 7th Order directing the Oregon Central Trust to withdraw funds from Plaintiff's inmate trust account was withdrawn for the reason that plaintiff had paid the filing fee in this case. The $350 filing fee was collected on April 30, 2010 (Receipt No. 33118) Plaintiff has submitted a request for return of the overpayment from his inmate trust account (#27).

The docket shows that partial filing fees in the amounts of $6.46 on July 1, 2010 (Receipt No. 34339); $48.74 on July 29, 2010 (Receipt No. 34893); and $34.53 on August 30, 2010 (Receipt No. 35519), were collected, for a total of $89.73.  The Clerk is hereby ordered to refund the overpayment to Plaintiff William Zielinski.  A check in the amount of the overpayment of $89.73, payable to:  "DOC, William Zielinski #6523359," shall be sent to:

>  Department of Corrections
>  Central Trust
>  P.O. Box 14400
>  Salem, OR  97309

IT IS SO ORDERED.

DATED this 16 day of November, 2010.

_____
MARK D. CLARKE
United States Magistrate Judge